## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CRISMA, INC., BOURNE CO., ) | |
| JARABE PUBLISHING COMPANY, ) | |
| FRANK MUSIC CORP., MEREDITH WILLSON ) | |
| MUSIC, and PREMIUM LATIN PUBLISHING, ) | Civil No. 3:09-0568 |
| INC., ) | Judge Trauger |
| ) | Magistrate Judge Knowles |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SG COMMUNICATIONS, LLC and ) | |
| SALVADOR GUZMAN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On June 10, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 45), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that default is hereby **ENTERED** against both defendants. Plaintiffs' counsel shall have twenty-one (21) days from the entry of this Order within which to file appropriate affidavits for the determination of damages to be awarded in a default judgment.

It is so **ORDERED**.

ENTER this 7th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge