IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRISMA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:09-0568 |
| ) | Judge Trauger |
| SG COMMUNICATIONS, LLC, and ) | Magistrate Judge Knowles |
| SALVADOR GUZMAN, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On December 2, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 62), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that plaintiff Crisma, Inc. is awarded a judgment against the defendants, jointly and severally, in the amount of $16,000.

It is further **ORDERED** that plaintiff Bourne Co. is awarded a judgment against the defendants jointly and severally, in the amount of $16,000.

It is further **ORDERED** that plaintiff Jarabe Publishing Company is awarded a judgment against the defendants jointly and severally, in the amount of $16,000.

It is further **ORDERED** that plaintiff Frank Music Corp. and plaintiff Meredith Willson Music are awarded a joint judgment against the defendants jointly and severally, in the amount of $16,000.

It is further **ORDERED** that plaintiff Premium Latin Publishing, Inc. is awarded a

1

judgment against the defendants jointly and severally, in the amount of $32,000.

It is further **ORDERED** that the defendants are ordered to pay attorneys' fees to plaintiffs' counsel in the amount of $2,323.00, which shall be entered as a judgment against the defendants, jointly and severally.

It is further **ORDERED** that the defendants are **PERMANENTLY ENJOINED** from further infringing upon the musical compositions of the plaintiffs at issue in this case.

Entry of this Order shall constitute the Judgment in this action.

It is so **ORDERED**.

ENTER this 28th day of December 2010.

ALETA A. TRAUGER
U.S. District Judge